01
02
03        UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
04                   AT SEATTLE

05  SERGIO BARAJAS MORENO,           )
                                     )  CASE NO. C09-1725-RSL
06          Petitioner,               )
                                     )
07          v.                        )
                                     )  ORDER OF DISMISSAL
08  A. NEIL CLARK, Field Office Director, U.S. )
    Immigration and Customs Enforcement,       )
09                                             )
            Respondent.                        )
10  _____ )

11       The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus,

12  respondent's Return and Memorandum and Motion to Dismiss, the Report and

13  Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and

14  any objections or responses to that, and the remaning record, finds and Orders as follows:

15       (1)   The Court adopts the Report and Recommendation;

16       (2)   Respondent's Motion to Dismiss (Dkt. 11) is GRANTED, petitioner's Travers

17             Motion (Dkt. 17) is DENIED, and this action is DISMISSED with prejudice;

18             and

19       (3)   The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

20       DATED this 15th day of June, 2010.

21
22                                          *Robert S. Lasnik* (signature)
                                            Robert S. Lasnik
                                            United States District Judge

ORDER OF DISMISSAL
PAGE -1